IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEONARD G. YOUNG, JR., ) | |
| ) | 2:11cv380 |
| Plaintiff, ) | Electronic Filing |
| ) | |
| v. ) | Judge Cercone |
| ) | Magistrate Judge Eddy |
| DR. KAHN, Psychiatrist; *ET AL.*, ) | |
| Defendants. ) | |
| ) | |

## MEMORANDUM ORDER

The above captioned case was initiated on March 24, 2011 against the following Defendants employed at the State Correctional Institution at SCI-Greene: Dr. Khan, Psychiatrist; Dr. Jin Bianghuk, Medical Director; Ms. Irma Vishdal, Corrections Health Care Administrator (CHCA); Dr. Bradley, Psychiatrist; Dr. Valko, Psychologist; and Dr. Dietz, Chief Psychologist. The case was referred to a United States Magistrate Judge for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and the Local Rules of Court for Magistrate Judges.

On September 13, 2011, Defendant Khan filed a Motion to Dismiss (ECF No. 23). On October 31, 2011, Defendant Vishdal filed a Motion to Dismiss (ECF No. 34). On February 21, 2012, the Magistrate Judge filed a Report and Recommendation (ECF No. 49) recommending that the motions to dismiss be denied. The parties were advised that they had until March 9, 2012 to file written objections to the Report and Recommendation. No objections have been filed.

After *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 21ST day of March, 2012;

IT IS HEREBY ORDERED that the Motion to Dismiss filed by Defendant Khan (ECF No. 23) is **DENIED**.

IT IS FURTHER ORDERED that the Motion to Dismiss filed by Defendant Vishdal (ECF No. 34) is **DENIED**.

IT IS FURTHER ORDERED that the Report and Recommendation (ECF No. 49) is **ADOPTED** as the Opinion of the Court.

IT IS FURTHER ORDERED that this matter is remanded back to the magistrate judge for all further pretrial proceedings.

David Stewart Cercone
United States District Judge

cc: Leonard G. Young, Jr.
GN-9516
SCI Smithfield
1120 Pike Street
PO Box 999
Huntingdon, PA 16652

*(Via First Class Mail)*

Samuel H. Foreman, Esquire
Shari Pakravan, Esquire
Paul R. Scholle, Esquire

*(Via CM/ECF Electronic Mail)*