IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEONARD G. YOUNG, JR., | ) | |
| | ) | 2:11cv380 |
| Plaintiff, | ) | Electronic Filing |
| | ) | |
| v. | ) | Judge David Stewart Cercone |
| | ) | Magistrate Judge Eddy |
| DR. KAHN, Psychiatrist; *ET AL.*, | ) | |
| Defendants. | ) | |
| | ) | |

## **MEMORANDUM ORDER**

The above captioned case was initiated on March 24, 2011, against the following Defendants employed at the State Correctional Institution at SCI-Greene: Dr. Khan, Psychiatrist; Dr. Jin Bianghuk, Medical Director; Ms. Irma Vishdal, Corrections Health Care Administrator (CHCA); Dr. Bradley, Psychiatrist; Dr. Valko, Psychologist; and Dr. Dietz, Chief Psychologist. The case was referred to a United States Magistrate Judge for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and the Local Rules of Court for Magistrate Judges.

On July 26, 2012, Dr. Bianghuk filed a Motion for Summary Judgment (ECF No. 87). On July 27, 2012, Dr. Kahn filed a Motion for Summary Judgment (ECF No. 94). On February 4, 2013, Defendants Dietz and Valko joined the Motion for Summary Judgment filed by Defendant Kahn. On February 5, 2012, the Magistrate Judge filed a Report and Recommendation (ECF No. 124) recommending that the motions for summary judgment be granted and that the Court *sua sponte* grant summary judgment in favor of Defendant Dr. Bratton. On February 26, 2013, Plaintiff filed Objections to the Report and Recommendation (ECF No. 125). The Objections do not undermine the recommendation of the Magistrate Judge.

1

**AND NOW**, this 28th day of February, 2013;

**IT IS HEREBY ORDERED** that the Motion for Summary Judgment filed by Defendant Bianghuk (ECF No. 87) is **GRANTED**, the Motion for Summary Judgment filed by Defendant Kahn (ECF. No. 94) (joined by Defendants Dietz and Valko) is **GRANTED** and the Court *sua sponte* **GRANTS** summary judgment in favor of Defendant Dr. Bratton.

**IT IS FURTHER ORDERED** that the Report and Recommendation (ECF. No. 124) dated February 5, 2013, is **ADOPTED** as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Clerk of Court mark this case **CLOSED**.

<u>s/ DAVID STEWART CERCONE</u>
David Stewart Cercone
United States District Judge

cc: Leonard G. Young, Jr.
GN-9516
SCI Smithfield
1120 Pike Street
PO Box 999
Huntingdon, PA 16652

(*Via First Class Mail*)

Samuel H. Foreman, Esquire
Shari Pakravan, Esquire
Paul R. Scholle, Esquire

(*Via CM/ECF Electronic Mail*)